

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-19-00153-CV

**THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO**, and Bishop Gerald R.
Barnes,
Appellants

v.

John **DOE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08589
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellee has filed a "motion to deny automatic stay of all proceedings pending appeal." Appellee alleges appellants stated in an email that "all proceedings in the trial court, including discovery, should be stayed." Appellee's motion seeks our determination of whether the trial court proceedings or the commencement of trial is stayed while this interlocutory appeal is pending. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b), (c). However, appellee's motion does not allege that the trial court has made any determination as to whether the trial court proceedings or the commencement of trial is stayed. We therefore deny appellee's motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court